RICHARD A. WRIGHT, ESQ.
Nevada Bar No. 886
WRIGHT MARSH & LEVY
300 S. Fourth Street, Suite 701
Las Vegas, NV 89101
Phone: (702) 382-4004
Fax: (702) 382-4800
rick@wmllawlv.com

Attorney for Tyson Lamar Jones

United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>        Plaintiff,<br><br>   v.<br><br>Tyson Lamar Jones,<br><br>        Defendant. | Case Nos. 2:12-cr-00363-JCM-GWF<br>              2:17-cr-00079-JAD-NJK<br><br>**STIPULATION AND ORDER FOR RELEASE ON SUPERVISION WITH CONDITIONS** |

At the initial appearance for both cases for Mr. Jones on August 16, 2019 counsel for Mr. Jones and the United States, in consultation with U.S. Probation officers, agreed to a detention order which would be modified by stipulation to place Mr. Jones in a Residential Re-Entry Center when a placement became available. The parties so informed Magistrate Judge Ferenbach and he stated that the Court was predisposed to grant said stipulation when presented.

Therefore, having been informed by U.S. Probation on August 23, 2019 that a placement is available, it is hereby STIPULATED and AGREED, by and between Richard Anthony Lopez, Assistant United States Attorney, and Richard A. Wright, Wright Marsh & Levy, counsel for Tyson Lamar Jones, that Defendant be released from custody and placed back on federal supervision under the same conditions previously imposed with the additional

///

condition that Mr. Jones be placed in Residential Re-Entry Center upon release for up to 30 days.

DATED this 23rd day of August, 2019.

WRIGHT MARSH & LEVY

By: /s/ Richard A. Wright  /s/ Richard Anthony Lopez
RICHARD A. WRIGHT, ESQ.  RICHARD ANTHONY LOPEZ, ESQ.
300 S. Fourth Street, Suite 701  Assistant U.S. Attorney District of Nevada
Las Vegas, Nevada 89101  501 Las Vegas Boulevard South Suite 1100
Attorney for Mr. Jones  Las Vegas, Nevada 89101
 Counsel for the United States of America

IT IS SO ORDERED.

_____
United States Magistrate Judge

Dated this 23rd day of August, 2019.