# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NOS.: 2:17-CR-00079-JAD-NJK |
| Plaintiff, ) | |
| vs. ) | **ORDER** |
| TYSON LAMAR JONES, ) | ECF No. 47 |
| Defendants. ) | |

IT IS THEREFORE ORDERED that the revocation for supervised release in the above-captioned matter currently scheduled for September 10, 2019 at 11:00 a.m., be vacated and continued to October 16, 2019, at 10:00 a.m.

DATED this 5th day of September, 2019.

_____
JENNIFER A. DORSEY
United States District Court Judge