UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　Plaintiff, )<br>　　　　　　　　)<br>　　vs. )<br>　　　　　　　　)<br>TYSON LAMAR JONES, )<br>　　　　　　　　)<br>　　　　Defendants. )<br>　　　　　　　　) | CASE NOS.: 2:17-CR-00079-JAD-NJK<br><br>**ORDER**<br>ECF No. 56 |

　　　　IT IS THEREFORE ORDERED that the revocation for supervised release in the above-captioned matter currently scheduled for October 16, 2019 at 10:00 a.m., be vacated and continued to October 30, 2019, at 11:30 a.m.

　　　　DATED this 15th day of October, 2019.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　United States District Court Judge