United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Tyson Lamar Jones,<br><br>　　　　　Defendant. | Case No. 2:17:cr-00079-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 67 |

　　　Pursuant to the Stipulation of the Parties and for good cause appearing:

IT IS THEREFORE ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for Wednesday, August 4, 2020 at 10:00 a.m., be vacated and continued to September 22, 2020, at 11:00 a.m.

DATED: 7/24/2020

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JENNIFER A. DORSEY
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

3