# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00079-JAD-NJK |
| Plaintiff, | **Order** |
| v. | ECF NO. 69 |
| TYSON LAMAR JONES, | |
| Defendant. | |

Based on the stipulation of counsel, good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED that the revocation for supervised release hearing in the above captioned matter, currently scheduled for Tuesday, September 22, 2020 at 11:00 a.m., be vacated and continued to October 19, 2020, at 2:00 p.m.

DATED this 17th day of September, 2020.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE