United States District Court

District of Nevada

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Tyson Lamar Jones,<br><br>　　　　Defendant. | Case No. 2:17:cr-00079-JAD-NJK<br><br>**ORDER**<br><br>ECF No. 71 |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for October 19, 2020 at 2:00 pm., be vacated and continued to December 28, 2020, at 3:00 p.m.

Dated: 10/15/2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Jennifer A. Dorsey
　　　　　　　　　　　　　　　　　　　United States District Judge

3