UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:17:CR-00079-JAD-NJK |
| Plaintiff, ) | |
| ) | **ORDER** |
| v. ) | |
| ) | |
| TYSON LAMAR JONES, ) | |
| ) | ECF No. 76 |
| Defendant. ) | |

Pursuant to the Stipulation of the Parties, for good cause appearing, and the best interest of justice being served:

IT IS HEREBY ORDERED THAT the revocation for supervised release hearing in the above captioned matter currently scheduled for December 28, 2020 at 3:00 pm., be vacated and continued to February 1, 2021, at 11:00 a.m.

_____
HONORABLE JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE